# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00143-CR

**Julio Cesar Castro, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
NO. D-1-DC-12-100052, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant pleaded guilty, was convicted of murder, and was sentenced in accordance with his plea bargain with the State. The trial court has certified that the case is a plea bargain case and that appellant has waived his right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed

Filed: April 24, 2013

Do Not Publish